# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **STEPHEN MICHAEL WEST,** | ) | |
| | ) | **CAPITAL CASE** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:19-cv-00006** |
| | ) | |
| **TONY PARKER, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss. (Doc. No. 12.) Plaintiff has filed a Response in Opposition (Doc. No. 17), and Defendants have replied in further support of their motion. (Doc. No. 20.) For the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion (Doc. No. 12) is **GRANTED**, and this case is **DISMISSED** in its entirety.

Count 2 is dismissed on the basis that it is not ripe for review. Accordingly, dismissal of Count 2 is without prejudice. In all other respects, this dismissal is with prejudice.

Plaintiff's Motion for Status Conference (Doc. No. 22) is **DENIED** as moot.

This is the final Order denying all relief in this case. The Clerk **SHALL** enter judgment. Fed. R. Civ. P. 58(b).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE